AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

TORRIE JONES                              **JUDGMENT IN A CIVIL CASE**
                                          CASE NUMBER: 11-CV-268S

    v.

TONAWANDA COKE INC., et al.,

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's requests for assignment of counsel are Denied; that the case is Dismissed for lack of subject matter jurisdiction; that the Motion to Dismiss of Defendants James Donald Crane and Mark Kamholz is Denied as moot and that Tonawanda Coke Corporation's Motion to Dismiss is Denied as moot.

Date: January 10, 2012                    MICHAEL J. ROEMER, CLERK


                                          By: s/Suzanne Grunzweig
                                              Deputy Clerk